**Order filed August 3, 2021**



In The

# Fourteenth Court of Appeals

## NO. 14-19-01022-CV

**NEWSTREAM HOTEL PARTNERS-IAH, LLC, Appellant**

**V.**

**UC RED LION HOUSTON HOLDER, LLC AS SUCCESSOR IN INTEREST TO UC FUNDING, LLC, Appellee**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2019-71008**

## ORDER

This is an appeal from a final order signed December 6, 2019 granting a motion to dismiss pursuant to a forum selection clause. The appeal has been stayed and suspended since May 5, 2020 due to appellant's bankruptcy petition. *In re Newstream Hotel Partners-IAH LLC*, No. 20-41064 (Bankr. E.D. Tex.); *see also* 11 U.S.C. § 362; Tex. R. App. P. 8.2. The parties have filed a joint motion to dismiss

the appeal, but this court has not reinstated the appeal.  If the bankruptcy court has lifted or terminated the stay, or if the bankruptcy proceeding has terminated, the parties may file a motion to reinstate the appeal, and a certified copy of any order from the bankruptcy court lifting or terminating the stay must be attached to the motion.  *See* Tex. R. App. P. 8.3(a).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.